IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

Avery B. Crigger, on behalf of himself
and all others similarly situated,
        Plaintiff,

vs.                                                      Case No. 2:19-cv-00053-PLR

Johnson City, Tennessee                 **CLASS ACTION SUIT**
        Defendant.

## ORDER REMANDING THE CASE

On March 15, 2019, the Plaintiff filed his complaint in the state court under state law and under 42 U.S.C. § 1983. Defendant maintained that Plaintiff did not state a constitutional basis for his federal claim. Johnson City removed the action from the state court to the federal district court on April 10, 2019. On April 17, 2019, Johnson City filed a Motion to Dismiss. Thereafter, the Plaintiff sought and received permission to file an Amended Complaint which was filed on May 9, 2019. The Amended Complaint asserted factual allegations directed to a violation of 42 U.S.C. § 1983.

On June 4, 2019, Johnson City filed another Motion to Dismiss directed to the Amended Complaint and raising, among other defenses, that the Plaintiff's action was barred by the *Rooker-Feldman* doctrine, if the Complaint was asserting a claim attacking a state court judgment, i.e., the Plaintiff's state court judgment from the municipal court for speeding.

1

On June 9, 2019, the Plaintiff responded to the City's Motion to Dismiss the Amended Complaint by acknowledging that the *Rooker-Feldman* abstention doctrine controlled because the Plaintiff was attacking a state court judgment. Therefore, since the *Rooker-Feldman* doctrine applied, the federal district court lacked subject matter jurisdiction to modify a state court judgment. Plaintiff, under those circumstances, correctly identified that the lack of subject matter jurisdiction should result in a remand of the Amended Complaint to the state court.

In light of the stipulation that the Amended Complaint contains an attack on an existing state court judgment for which the federal court does not have subject matter jurisdiction, the City has accepted that a remand to the state court of the Amended Complaint is the appropriate disposition in the federal district court.

So ORDERED, this ___ day of October 2019.

_____
PAMELA L. REEVES, CHIEF JUDGE
UNITED STATES DISTRICT COURT

AGREED:

s/ A, James Andrews, BOPR #15772
942 Scenic Drive
Knoxville, Tennessee 37919
andrewsesq@icx.net
(865) 660-3993

*s/K. Erickson Herrin*
K. Erickson Herrin, Esq., BPR #012110
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P.O. Box 629
Johnson City, TN 37605-0629
Phone: (423) 929-7113
Fax: (423) 929-7114
Email: lisa@hbm-lawfirm.com

2